JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

Attorney for Defendant
DAVID SALVATORE DIAZ, III

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:17-cr-00533 EMC |
| Plaintiff, | **DEFENDANT DAVID DIAZ'S EXHIBIT IN SUPPORT OF HIS INDIVIDUAL BRIEF RE DEFENDANT'S RIGHT TO BE PRESENT AT THE ENTERPRISE EXPERTS *DAUBERT* HEARING** |
| vs. | |
| DAVID SALVATORE DIAZ, III, | |
| Defendants. | Date: May 1, 2020<br>Time: 1:30 P.M.<br>Judge: Hon. Edward M. Chen |

Defendant David Diaz respectfully submits Exhibit A in support of his individual brief re defendant's right to be present at the enterprise experts Daubert hearing (Doc #1019).

DATED: April 29, 2020                    Respectfully submitted,

                                         */s/ James Thomson*

                                         _____
                                         JAMES THOMSON
                                         Attorney for David Diaz, III

1