1  JAMES S. THOMSON
   California SBN 79658
2  Attorney and Counselor at Law
   732 Addison Street, Suite A
3  Berkeley, California 94710
   Telephone: (510) 525-9123
4  Facsimile:  (510) 525-9124
   Email: james@ycbtal.net
5
   Attorney for Defendant
6  DAVID SALVATORE DIAZ, III

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 | UNITED STATES OF AMERICA,    ) | Case No. 4:17-cr-00533 EMC
11 |     Plaintiff,                )
12 | vs.                           ) | **DAVID DIAZ'S STATUS REPORT REGARDING EVIDENCE VIEWING AND THE IDENTIFICATION OF EVIDENCE TO BE USED AT TRIAL AND REQUEST FOR DEADLINES**
13 | DAVID SALVATORE DIAZ, III,    )
14 |     Defendants.               )
15 |                               ) | Date: August 13, 2021
   |                                 | Time: 10:30 A.M.
16 |                               ) | Judge: Hon. Edward M. Chen

17  Counsel for David Diaz, III provides this report regarding the status of the

18  evidence viewing and the identification of evidence to be used at trial in this case.

19  In total, the government has presented one-thousand-twenty-seven (1,027) line

20  entries of evidence to defense counsel.  While the number of items to be considered for

21  trial has been reduced by the government, seven hundred-forty-seven items remain to be

22  resolved before trial.

23  **A.    Motorcycle Evidence**

24  The viewing of the motorcycle evidence is completed.

25  **B.    Non-Motorcycle Evidence**

26  In the last status report, counsel for Mr. Diaz informed the Court that defense

27  counsel have viewed eight-hundred-twenty-three (823) line entries of evidence.  An

28  additional ninety-one (91) line entries were scanned by the government and provided to

Status Report

defense counsel separately.

Regarding the remaining one-hundred-thirteen (113) line entries of evidence, the government agreed to scan and provide three line entries to counsel by "mid-August"; informed counsel that four line entries were created in error and do not correspond to evidence in this case; informed counsel that ninety-three (93) items were either "disposed of" or "returned" and will not be used as evidence in this case; and answered counsel's discovery request as to eleven (11) items. The government has not responded to counsel's discovery request as to the remaining two items. See Discovery Letter #74.

Counsel request that the Court order the government to respond to Discovery Letter #74 by September 1, 2021.

**C.     Discovery Letters**

Following the last session of viewing evidence, and beginning on June 24, 2021, counsel for Mr. Diaz sent eleven (11) discovery letters to the government regarding the viewing of evidence and the identification of evidence to be used at trial in this matter. Discovery Letters #72 - #82. The government has responded to all of the discovery letters save Discovery Letters #74, #81 and #82.

Discovery Letter #81 addresses the government's refusal to provide defense counsel with a complete, updated, Microsoft Excel chart of the evidence in the case. The government had produced this chart in the earlier stages of evidence viewing. See April 2, 2019 and February 23, 2020 Emails from the Government. Defense counsel and the government have gone back and forth trying to resolve this issue. See Discovery Letters #73, #78, #80, and #81.

If the government does not provide the chart, defense counsel will have to hand enter the data, which will waste CJA resources. Also, defense counsel needs an updated list to ensure the parties are all working off the same list of evidence.

Counsel request that the Court order the government to provide an updated Microsoft Excel chart of the evidence by September 1, 2021.

Status Report

### D. Meet and Confer Regarding the Identification of Evidence to Be Used at Trial

At the July 9, 2021 motions hearing, counsel for Mr. Diaz provided an update to the Court regarding the status of the viewing of evidence and expressed concern regarding the amount of evidence presented in this case. Doc #1897. Counsel advised the Court that he would meet and confer with the government to try to narrow the number of items of evidence. Id.

On July 22, 2021, counsel for the Group One defendants and for Mr. Diaz met and conferred with the government regarding the evidence to be used at trial. The government agreed to provide a preliminary list of items that would *not* be used in this case by July 30, 2021.

On that day, the government provided a list of one-hundred-eighty-four (184) items that it would *not* use at trial.[1] The government also informed defense counsel that it anticipated "reaching stipulations with the defense that any forensic download of a particular [item] is an accurate copy of the material." July 30, 2021 Government Letter at 1.

On August 3, 2021, counsel informed the government that they understood that the government sees "this [a]s an ongoing process", and that it "will further cull the potential exhibits and provide ... updated lists of materials [it] will not be introducing" to defense counsel. Discovery Letter #82, quoting July 30, 2021 Government Letter at 1. Counsel requested that the parties set deadlines for those updated lists. Counsel proposed August 15 and 31, 2021. The government has not responded to counsels' proposal.

Counsel request that the Court order the government to provide updated lists of materials it will not be introducing by August 15 and 31, 2021.

---

[1] The list includes 187 entries. However, the government previously informed counsel that three of the items were "disposed of" or "returned" and would not be used in this case. See Items 211, 213 and 937.

Status Report

As to reaching stipulations with the defense that the "forensic download of a particular [item] is an accurate copy of the material", defense counsel proposed that the government provide draft stipulations by September 7, 2021. Discovery Letter #82. The government has not responded to counsels' proposal.

Counsel request that the Court order the government to provide draft stipulations regarding the forensic downloads by September 7, 2021.

**E.  Summary**

Based on the government's responses to the discovery letters and disclosure of items that would *not* be used in this case, there are seven-hundred-forty-seven (747) line entries of evidence that remain to be resolved prior to trial.

DATED: August 12, 2021                    Respectfully submitted,

                                          */s/ James Thomson*

                                          _____
                                          JAMES THOMSON
                                          Attorney for David Diaz, III